# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:07-CR-21 AWI |
|             Plaintiffs,      ) | STIPULATION AND ORDER |
|                              ) | TO CONTINUE SENTENCING |
| vs.                          ) | HEARING |
|                              ) | |
| FELIPE SERRANO-SALAZAR,      ) | |
|             Defendants.      ) | |

The following stipulation was filed:

IT IS HEREBY STIPULATED by and between defendant FELIPE SERRANO-SALAZAR, through his attorney, ROBERT L. FORKNER, and plaintiff United States of America, through its counsel of record, Assistant United States Attorney DAWRENCE W. RICE, JR., stipulate and agree to the following:

1. The presently scheduled sentencing hearing date of February 25, 2008, at 9:00 a.m., shall be vacated for the defendant and be rescheduled for further sentencing hearing on March 17, 2008 at 9:00 a.m.

DATED: FEBRUARY 21, 2008      /s/ ROBERT L. FORKNER
                              Attorney for Defendant
                              FELIPE SERRANO-SALAZAR

1

**DATED: FEBRUARY 21, 2008**        /S/ DAWRENCE W. RICE, JR.
                                    **Assistant US Attorney**
                                    **DAWRENCE W. RICE, JR.**

## ORDER

As per the stipulation, IT IS SO ORDERED that the February 25, 2008 at 9:00 a.m., sentencing hearing be vacated and continued to March 17, at 9:00 a.m., for the defendant FELIPE SERRANO-SALAZAR.

IT IS SO ORDERED.

**Dated:   February 21, 2008**                  /s/ Anthony W. Ishii
                                    UNITED STATES DISTRICT JUDGE

2